RECEIVED
SDNY PRO SE OFFICE
2015 OCT 22 PM 3:20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hector Gonzalez

*(In the space above enter the full name(s) of the plaintiff(s).)*

15CV 8362

**COMPLAINT**

-against-

September 11th Victim Compensation Fund,

Sheila Birnbaum Special Master September 11th Victim Compensation Fund.

Defendant.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

Jury Trial: ☑ Yes ☐ No
(check one)

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Hector Gonzalez
Street Address 2960 West 31st Street Apt 14E
County, City Brooklyn
State & Zip Code New York 11224
Telephone Number (347) 383-7544

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Sheila Birnbaum
Street Address P.O. Box 34500
County, City Washington
State & Zip Code Washington D.C. 20043
Telephone Number 1-855-885-1558

Defendant No. 2
Name September 11th Victim Compensation Fund
Street Address
County, City Washington
State & Zip Code D.C. 20043
Telephone Number 1-855-885-1558

Defendant No. 3
Name
Street Address
County, City
State & Zip Code
Telephone Number

Defendant No. 4
Name
Street Address
County, City
State & Zip Code
Telephone Number

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? September 11th Victim Compensation Fund

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship
Defendant(s) state(s) of citizenship

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? NEW YORK City

B. What date and approximate time did the events giving rise to your claim(s) occur? 8:40AM

C. Facts: IM SURVIVOR SeptemBER 11th PLANE CRASH;

What happened to you?

AUGUST 20, 2015, I WAS APPROVED

Who did what?

SINCE THEN I'VE BEEN PLACED COMPENSATION REVIEW AND I HAVING RECEIVED MY MONEY.

Was anyone else involved?

Who else saw what happened?

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ESOPHAGEAL REFLUX etc,

# VCF 0039954

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. 2 Million,

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 20 day of October, 2015

Signature of Plaintiff Hector Morales

Mailing Address 2960 West 31 St

Street, Apt 14E

Brooklyn N.Y 11224

Telephone Number (347) 383-7544

Fax Number *(if you have one)* __________

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of __________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: __________

Inmate Number __________

Hector Gonzalez
2960 West 31st Street
Apt. 14E
Brooklyn, N.Y. 11224




RECEIVED
SDNY PRO SE OFFICE
2015 OCT 22 PM 3:20

USM P3 SDNY

Clerk
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

Attn: Room 230

1000789999