UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR GONZALEZ,

Plaintiff,

-against-

SEPTEMBER 11TH VICTIM COMPENSATION FUND; SHEILA BIRNBAUM, SPECIAL MASTER,

Defendants.

15-CV-8362 (LAP)

CIVIL JUDGMENT

Pursuant to the order issued February 17, 2016, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 17, 2016
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Chief United States District Judge